Peter Singh, Esq. (#183686)
**PETER SINGH & ASSOCIATES, P.C.**
The Historical Romain Building
2055 San Joaquin Street
Fresno, California 93721
Telephone (559) 256-9800
Facsimile (559) 256-9792

Attorney for: **MELITON GARCIA,** Defendant.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>     Plaintiff,<br><br>v.<br><br>Meliton GARCIA,<br>     Defendant. | Criminal Case No.: 1:09-cr-00469 AWI<br><br>**STIPULATION TO CONTINUE MOTIONS HEARING, AND ORDER THEREON**<br><br>Date: March 15, 2010<br>Time: 9:00 a.m.<br>Place: Department 2<br><br>*Honorable Anthony W. Ishii, Presiding* |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the motions hearing in the above-captioned matter now scheduled for March 15, 2010, **may be continued to April 5th 2010, at 9:00 a.m.**

The grounds for the continuance are a conflict of schedule in Defense attorney's calendar.

///
///
///
///
///
///
///

1

The parties agree that the delay resulting from the continuance shall be excluded in the interest of justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161 (B)(ii)(iv).

Dated: March 11, 2010                          Respectfully Submitted by:


                                               By:    /s/ Peter Singh
                                               PETER SINGH, Esq.
                                               Attorney for Meliton GARCIA


Dated: March 11, 2010                          U.S. Attorneys, Eastern Dist. Of California


                                               By:    /s/ Susan Phan
                                               SUSAN PHAN, Esq.
                                               Assistant U.S. Attorney.


## ORDER

**IT IS SO ORDERED.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161 (B)(ii)(iv).

IT IS SO ORDERED.


**Dated:   March 12, 2010**                    **/s/ Anthony W. Ishii**
                                               CHIEF UNITED STATES DISTRICT JUDGE